UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 03-CR-01430/BATTS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSE ISRAEL GUZMAN MORALES,

        Defendant.
_____/

## ORDER FOR ADMISSION PRO HAC VICE

UPON THE MOTION of Leonard Zack, attorney for Jose Israel Guzman Morales and said sponsor attorney's affidavit in support;

Richard J. Diaz, Esquire
Richard J. Diaz, P.A
3127 Ponce de Leon Blvd.
Coral Gables, FL  33134
Telephone (305)-444-7181
Fax (305) 444-8178
rick@rjpa.com

is admitted to practice pro hac vice as counsel for Jose Israel Guzman Morales in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated January 11, 2008
City, State: _____

                                                      *Deborah A. Batts*
                                                    United States District Judge