USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: July 3, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 03-CR-01430/BATTS



RECEIVED JUL 1 2008 CHAMBERS OF DEBORAH A. BATTS U.S.D.J.

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSE ISRAEL GUZMAN MORALES,

        Defendant.

_____/

### DEFENDANT JOSE ISRAEL GUZMAN MORALES'S UNOPPOSED MOTION TO EXONERATE BOND

The Defendant, JOSE ISREAL GUZMAN MORALES ("Mr. Guzman Morales") states:

1. On December 10, 2007, Mr. Guzman-Morales was initially released on a $10,000.00 cash bond.

2. On January 15, 2008, this bond was posted by Richard J. Diaz, P.A., via City National Bank cashier's check 515822

3. On June 16, 2008, Mr. Guzman Morales consented to a remand to the United States Marshal's Service in open court.

4. The foregoing disposition no longer requires a bond.

5. Mr. Guzman Morales seeks an order discharging and exonerating the $10,000.00 cash bond to Richard J. Diaz, P.A., 3127 Ponce de Leon, Coral Gables, FL 33134.

6. AUSA Anjn Sahni, the prosecutor assigned to this case, does not object to the granting of this motion.

WHEREFORE, for the above and foregoing reasons Mr. Guzman Morales prays this Honorable Court grant the relief requested herein.

                                                                          Respectfully submitted,

SO ORDERED

*Deborah A. Batts* 7/2/08
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

                                                                          Richard J. Diaz
                                                                         F.B.N. 0767697
                                                                         3127 Ponce de León Blvd.
                                                                         Coral Gables, FL  33134
                                                                         Telephone: (305) 444-7181
                                                                         Facsimile: (305) 444-8178
                                                                         E-mail: rick@rjdpa.com

       I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 26 day of June, 2008 to Anjn Sanhni, Assistant United States Attorney, One St. Andrews Plaza, New York, NY 10007.

                                                                         Richard J. Diaz, Esq.