AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT | DISTRICT OF | NEW YORK

United States of America
against
Jose Israel Guzman-Morales

**APPEARANCE**

Case Number: 03 CR 1430 (DAB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
JOSE ISRAEL GUZMAN-MORALES

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/8/2008 | *(signature)* Roy Kulcsar |
| Date | Signature |
| | ROY R. KULCSAR — RRK8079 |
| | Print Name — Bar Number |
| | 27 UNION SQUARE WEST |
| | Address |
| | NEW YORK — NY — 10003 |
| | City — State — Zip Code |
| | (201) 446-0294 — (201) 439-1478 |
| | Phone Number — Fax Number |

rrklaw@aol.com