UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO. 03-CR-01430/BATTS

ORIGINAL

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE ISRAEL GUZMAN MORALES,

    Defendant.

_____/



## MOTION TO WITHDRAW AS COUNSEL

  COMES NOW, the Movant, Richard J. Diaz, Esq., who moves to withdraw as counsel for the Defendant, JOSE ISREAL GUZMAN MORALES ("Mr. Guzman") in support thereof states as follows:

1. On July 9, 2008 attorney Roy Kulscar filed his Notice of Appearance on behalf of Mr. Guzman.

2. It is respectfully requested that this Court enter an order allowing Richard J. Diaz to withdraw as counsel for Mr. Guzman.  *Granted DAB 8/25/08*

3. AUSA Guruanjan Sahni does not object to the granting of this motion.

WHEREFORE, Richard J. Diaz, Esq. prays this Court grant the relief requested herein.

*SO ORDERED*
*Deborah A. Batts*
*8/25/08*

        Respectfully submitted,

        s/ Richard Diaz

        _____
        Richard J. Diaz
        F.B.N. 0767697
        3127 Ponce de León Blvd.
        Coral Gables, FL 33134
        Telephone: (305) 444-7181
        Facsimile: (305) 444-8178